(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T NUTTALL #42500**
   **NUTTALL & COLEMAN**
2  2333 MERCED STREET
   FRESNO CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
   GEORGE MELTON

**FILED**

2005 APR 15 A 8 03

CLRK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO

BY_____
        DEPUTY



LODGED
APR 1 4 2005
CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

8           **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10                    * * * * * * * *

11 | UNITED STATES OF AMERICA,        Case No    CR-F-03-5139 REC

12 |         Plaintiff,
                                      **STIPULATION RE CONTINUANCE**
13 |    vs                                    **OF TRIAL**

14 | GEORGE MELTON,                    And  **PROPOSED**

15 |         Defendant                       **O R D E R**

16

17     **IT IS HEREBY STIPULATED** by and between attorneys for the

18 respective clients that the **Trial** currently scheduled for May 17,

19 2005, be continued to **May 24, 2005**, at 8 30 a m  in the Courtroom

20 of the Honorable ROBERT E  COYLE

21     This continuance is requested by counsel for Defendant,

22 GEORGE MELTON, due to the fact that counsel is involved in other

23 trials separate and apart from the instant case, and counsel is

24 still conducting investigation and preparation respecting this

25 case

26     Counsel for Defendant has spoken with Assistant U  S

27 Attorney, JONATHAN B  CONKLIN, who has no objection to this

28 continuance

1     The parties agree that time shall be excluded based upon
2 the preservation of continuity of all counsel

3     DATED    April 12, 2005

4                                   NUTTALL & COLEMAN

5                                   /S/ Roger T. Nuttall

6                         By   _____
7                               ROGER T. NUTTALL
                                Attorneys for Defendant,
8                               GEORGE MELTON

9     DATED    April 12, 2005

10

11                               /S/ Jonathan B. Conklin
                        By   _____
12                               JONATHAN B. CONKLIN
                              Assistant U.S. Attorney

13

14                    **P R O P O S E D   O R D E R**

15

**IT IS SO ORDERED**

16

17     DATED   April 14, 2005

18

19                         By   _____
20                               ROBERT E. COYLE
                              Judge, U.S. District Court

21

22

23

24

25

26

27

28