```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   CR. F. 03-5139 REC
                                   )
11              Plaintiff,         )
                                   )
12          v.                     )   JOINT STIPULATION TO
                                   )   ADVANCE JURY TRIAL;
13                                 )   ORDER THEREON
    GEORGE MELTON,                 )
14                                 )
                                   )
15              Defendant.         )
                                   )
16  _____)   Hon. Robert E. Coyle
```

It is hereby stipulated, by and between the parties, that the jury trial currently scheduled for June 21, 2005, be advanced to June 15, 2005.  This advancement is necessary due to the

//
//
//
//
//
//
//
//
//

1

unavailability of an essential government witness during the week of June 21, 2005.  The parties are aware that June 15, 2005, is a Wednesday, however counsel for the government is scheduled for an argument before the Ninth Circuit Court of Appeals on Tuesday, June 14, 2005.

DATED: May 12, 2005                    Respectfully submitted,

                                              MCGREGOR W. SCOTT
                                              United States Attorney

IT IS SO STIPULATED.

                                              By /s/ Jonathan B. Conklin
                                                JONATHAN B. CONKLIN
                                              Assistant U.S. Attorney


                                              By /s/ Roger T. Nuttall
                                                ROGER T. NUTTALL
                                              Attorney for defendant
                                              George Melton


IT IS HEREBY ORDERED THAT, the jury trial in the above-entitled matter, currently set for June 21, 2005, shall be advanced to June 15, 2005.


DATE: May 13,2005                      /s/ ROBERT E. COYLE
                                              ROBERT E. COYLE
                                              Senior United States District
                                              Court Judge