ROGER T. NUTTALL #42500
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
GEORGE MELTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5139 OWW |
|---|---|
| Plaintiff, | **AMENDED** STIPULATION RE: CONTINUANCE OF TRIAL |
| vs. | |
| GEORGE MELTON, | And   **PROPOSED** |
| Defendant. | **O R D E R** |

 **IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the **Trial Confirmation** currently scheduled on Monday, June 6, 2005, at 9:00 a.m., be continued to **August 15, 2005**, at 9:00 a.m., and the **Trial** currently scheduled on June 15, 2005, be continued to **August 23, 2005**, at 9:00 a.m. in the Courtroom of the Honorable OLIVER W. WANGER.

 This continuance is requested by counsel for Defendant, as well as Assistant U. S. Attorney, Jonathan Conklin, due to mutual trial calendar conflicts.

///

///

1  The parties agree that time shall be excluded based upon
2  the preservation of continuity of all counsel.
3  DATED:    June 3, 2005.

NUTTALL & COLEMAN

/S/ Roger T. Nuttall

By: _____
ROGER T. NUTTALL
Attorneys for Defendant,
GEORGE MELTON

DATED:    June 3, 2005.

/S/ Jonathan B. Conklin

By: _____
JONATHAN B. CONKLIN
Assistant U.S. Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**P R O P O S E D   O R D E R**

No FURTHER CONTINUANCES.

IT IS SO ORDERED.

DATED:    6-6-    , 2005.

By: _____
OLIVER W. WANGER
Judge, U.S. District Court

2