(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
GEORGE MELTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE MELTON,<br><br>Defendant. | Case No.: CR-F-03-5139 OWW<br><br>**STIPULATION RE: CONTINUANCE OF TRIAL**<br><br>And<br><br>**<u>O R D E R</u>** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the **<u>Trial Confirmation</u>** and the **<u>Trial</u>** currently scheduled for August 15, 2005 and August 23, 2005, respectively, be continued as follows before the Honorable OLIVER W. WANGER:

Trial Confirmation: October 11, 2005, at 9:00 a.m.

Trial: October 18, 2005, at 9:00 a.m.

This continuance is requested by counsel for Defendant, as well as Assistant U. S. Attorney, Jonathan Conklin, due to mutual trial calendar conflicts.

The parties agree that time shall be excluded based upon the preservation of continuity of all counsel.

DATED: July 25, 2005.

NUTTALL & COLEMAN

/S/ Roger T. Nuttall

By: ______________________________
ROGER T. NUTTALL
Attorneys for Defendant,
GEORGE MELTON

DATED: July 25, 2005.

/S/ Jonathan B. Conklin

By: ______________________________
JONATHAN B. CONKLIN
Assistant U.S. Attorney

**************

**P R O P O S E D   O R D E R**

**IT IS SO ORDERED.**

DATED: __August 2___, 2005.

/s/ OLIVER W. WANGER

By: ______________________________
OLIVER W. WANGER
Judge, U.S. District Court

NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900