**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
GEORGE MELTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5139 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF SENTENCING AND RESTITUTION HEARING** |
| GEORGE MELTON, | And |
| Defendant. | **PROPOSED  O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the **Sentencing and Restitution Hearing** currently scheduled for April 14, 2006, be continued to **May 5, 2006**, at 9:00 a.m. in the Courtroom of the Honorable OLIVER W. WANGER.

This continuance is requested by counsel for Defendant, GEORGE MELTON, due to the fact that counsel recently received additional discovery; and because counsel has been in a trial for the past two weeks, which trial is expected to continue for another week, counsel has not had the opportunity to review the

1  newest discovery, conduct his own investigation of same, and
2  prepare for the upcoming hearing.
3       Assistant U. S. Attorney, SHEILA OBERTO, has no objection
4  to this continuance.
5       The parties agree that time shall be excluded based upon
6  the preservation of continuity of all counsel.
7       DATED:   April 6, 2006.
8                                    NUTTALL & COLEMAN
9                                    /S/ Roger T. Nuttall
10                           By: _____
                                 ROGER T. NUTTALL
11                               Attorneys for Defendant,
                                 GEORGE MELTON
12
13      DATED:   April 6, 2006.
14
                                     /S/ Sheila Oberto
15                           By: _____
                                 SHEILA OBERTO
16                               Assistant U.S. Attorney
17
18                       *******************
19                            **O  R  D  E  R**
20  IT IS SO ORDERED.
21  **Dated:   April 12, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                           UNITED STATES DISTRICT JUDGE