McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1: 03 CR 5139 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION OF GOVERNMENT AND |
| | ) | DEFENDANT MELTON REGARDING |
| v. | ) | RESTITUTION OWED BY DEFENDANT |
| | ) | MELTON and ORDER THEREON |
| GEORGE RAY MELTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

  The United States of America, by and through its undersigned attorneys, McGregor W. Scott, United States Attorney, and Sheila K. Oberto, Assistant U.S. Attorney, and defendant, through his undersigned attorney, Roger T. Nuttall, hereby stipulate that the amount of restitution owed by defendant George Ray Melton is $52,000.00.

//

//

//

//

1

It is further stipulated that this amount of restitution shall be included in an amended judgment.

```
                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Sheila K. Oberto
DATED: June 20, 2006        By          _____
                                        SHEILA K. OBERTO
                                        Assistant U.S. Attorney


                                        /s/ Roger T. Nuttal
DATED: June 20, 2006                    _____
                                        ROGER T. NUTTALL
                                        Attorney for Defendant
                                        George Ray Melton
```

ORDER

IT IS SO ORDERED.

Emm0d6**Dated:   June 23, 2006**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

2